Stephanie Van Marter
Acting United States Attorney
Eastern District of Washington
Alison L. Gregoire
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

7/9/25

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN ERIC PRESTWOOD,<br><br>Defendant. | 2:25-cr-00112-TOR<br><br>INDICTMENT<br><br>Vio.: 18 U.S.C. § 2252A(a)(2), (b)(1)<br>Receipt of Child Pornography<br>(Count 1)<br><br>18 U.S.C. § 2252A(a)(5)(B), (b)(2)<br>Possession of Child Pornography<br>(Count 2)<br><br>18 U.S.C. § 2253<br>Forfeiture Allegations |

The Grand Jury charges:

COUNT 1

Beginning on or about August 27, 2024, and continuing until on or about May 9, 2025, in the Eastern District of Washington, the Defendant, STEVEN ERIC PRESTWOOD, did knowingly receive child pornography, as defined in 18 U.S.C. § 2256(8)(A), that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, and that was transported via any means or facility of interstate and foreign

INDICTMENT                                1

commerce, to wit: still image and video files depicting minor and prepubescent children engaging in sexually explicit conduct including but not limited to actual and simulated intercourse, and the lascivious exhibition of the genitals and pubic area, as defined in 18 U.S.C. § 2256(2)(A), all in violation of 18 U.S.C. § 2252A(a)(2), (b)(1).

## COUNT 2

On or about May 10, 2025, in the Eastern District of Washington, the Defendant, STEVEN ERIC PRESTWOOD, did knowingly possess material which he knew contained one or more visual depictions of child pornography, as defined in 18 U.S.C. § 2256(8)(A), the production of which involved the use of a minor who had not attained 12 years of age engaging in sexually explicit conduct, and which visual depictions were of such conduct that had been mailed, shipped or transported in or affecting interstate or foreign commerce by any means, including by computer, and had been mailed, shipped or transported using any means or facility of interstate or foreign commerce, and that was produced using materials that had been mailed, shipped, or transported in or affecting interstate or foreign commerce, by any means including computer, all in violation of 18 U.S.C. § 2252A(a)(5)(B), (b)(2).

## NOTICE OF FORFEITURE ALLEGATIONS

The allegations set forth in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 2253, upon conviction of an offense in violation of 18 U.S.C. § 2252A, as set forth in Counts 1 and 2 of this Indictment, the Defendant, STEVEN ERIC PRESTWOOD, shall forfeit to the United States any visual depiction described in section 2251, 2251A, 2252, 2252A, 2252B, or 2260 of this chapter, or any book, magazine, periodical, film, videotape, or other matter

INDICTMENT — 2

which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of this chapter; any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offenses; and, any property, real or personal, used or intended to be used to commit or to promote the commission of such offenses, or any property traceable to such property.

If any of the property described above, as a result of any act or omission of the Defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 2253(b).

DATED: July 9, 2025.

A TRUE BILL

*Stephanie Van Marter*
Stephane Van Marter
Acting United States Attorney

*Alison Gregoire*
Alison L. Gregoire
Assistant United States Attorney

INDICTMENT                       3